**No. 40909.**—Protests 312875–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel atomizers, photo frames, cocktail shakers, and boxes chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.   *United States* v. *Freidlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.   Toilet sets similar to those the subject of Abstract 8950 were held dutiable separately, the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.

**No. 40910.**—Protests 900535–G, etc., of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (C. D. 47) pistols or parts thereof were held dutiable at 27½ percent under paragraph 372 as claimed.

BEFORE THE THIRD DIVISION, MARCH 23, 1939

**No. 40911.**—Protest 822940–G of M. Dublin (New York).

Opinion by EVANS, J.   The protest was sustained and the collector directed to make a legal liquidation and give proper notice by posting the same in accordance with law.   The claims in the protest as to classification were dismissed without prejudice.

**No. 40912.**—Protests 941139–G, etc., of Cambridge Rubber Co. et al. (Boston).

Opinion by KEEFE, J.   It was stipulated that the drums in question are the same as those passed upon in Abstract 39366.   The claim for free entry was therefore sustained.

**No. 40913.**—Protests 839801–G/86216, etc., of Naumes Forwarding Service (Chicago).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.